PROBATION FORM NO. 35  
(1/92)

Report and Order Terminating Probation  
Prior to Original Expiration Date

# United States District Court

FOR THE

### DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

Vivian Rogers

Crim #: 3:00CR00058(AHN)

Re: **Early Termination of Supervision**

On **November 2, 2000,** the above named was placed on **PROBATION** for a period of **5** years. She has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

_____  
Christopher Rogers  
U. S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this 18 day of Feb., 2005

_____  
The Honorable Alan H. Nevas  
Senior United States District Court Judge

FILED 2005 FEB 22 P 3:33 U.S. DISTRICT COURT BRIDGEPORT, CONN