PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation
Prior to Original Expiration Date

FILED
2005 MAR -2  A 11: 40
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## United States District Court

FOR THE

### DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

Vivian Rogers

Crim #: 3:00CR00058(AHN)

Re: **Early Termination of Supervision**

On **November 2, 2000,** the above named was placed on **PROBATION** for a period of **5** years. She has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

Christopher Rogers
U. S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this 18 day of Febr., 2005

The Honorable Alan H. Nevas
Senior United States District Court Judge